CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
For Roanoke
MAY 25 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUINTON F. CROOM,<br>Plaintiff, | ) ) ) | Civil Action No. 7:09-cv-00399 |
| v. | ) ) ) | **ORDER** |
| WARDEN SAM YOUNG, et al.,<br>Defendants. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claim against Warden Young is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), Warden Young is **TERMINATED** as a defendant to this action; and the caption shall be **UPDATED** accordingly.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 25th day of May, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge