CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 28 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUINTON F. CROOM,<br>    Plaintiff, | ) | Civil Action No. 7:09-cv-00399 |
| v. | ) | **ORDER** |
| OFFICER FULLEN,<br>    Defendant. | ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendant's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 28th day of September, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge